# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
### Fifth Division

BIG PICTURE LOANS, LLC

      Plaintiff,                                       Civil Case No. 0:19-mc-0000064

v.

LULA WILLIAMS, GLORIA TURNAGE,
GEORGE HENGLE, DOWIN COFFY, and
FELIX GILLISON, JR.,

      Defendants.

_____

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of civil Procedure, the plaintiffs Big Picture Loans, LLC and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated this 21ST day of August, 2019.

                                      TRIAL GROUP NORTH

                                      By    /s/ Thomas R. Thibodeau
                                      Thomas R. Thibodeau,  # 108960
                                      302 West Superior Street
                                      800 Lonsdale Building
                                      Duluth, MN 55802
                                      Telephone: (218) 722-0073